SWEENEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court,

Appellate Division, Second Department. June 27, 1899.) Action by Mary Sweeney against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, on argument, and new trial granted; costs to abide the event.